IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JESUS ZAMORA, § | |
|   *Plaintiff*, § | |
| v. § | |
| § | C.A. NO. C-08-187 |
| MICHAEL J. ASTRUE, § | |
|  *Commissioner of the* § | |
|   *Social Security Administration.* § | |

## FINAL JUDGMENT

Pursuant to the Court's order granting plaintiff's motion for summary judgment and reversing the decision of the Commissioner, this case is remanded to the Commissioner for further development on the issue of whether plaintiff's combined impairments render him *per se* disabled under the Regulations during the closed period of June 1, 2004, through November 19, 2007. This remand is made pursuant to sentence four of 42 U.S.C. § 405(g). This is a final judgment.

SIGNED this 24th of October, 2008.

_____
Janis Graham Jack
United States District Judge