UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JESUS ZAMORA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-08-187 |
| | § | |
| MICHAEL J ASTRUE, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR ATTORNEY FEES

On January 13, 2009, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the Court find that 22.40 billable hours expended on this case by plaintiff's counsel were reasonable and necessary and that the plaintiff is entitled to reimbursement of costs and expenses; and further that plaintiff's petition for attorney fees, costs, and expenses be granted, and that plaintiff be awarded $3,592.96 in attorney fees and $9.98 in costs and expenses. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that plaintiff's petition for attorney fees, costs, and expenses is granted and plaintiff is awarded $3,592.96 in attorney fees and $9.98 in costs and expenses.

SIGNED and ORDERED this 9th day of February, 2009.

_____
Janis Graham Jack
United States District Judge